THE WESTERN NEW YORK LIFE INSURANCE COM-
PANY, RESPONDENT, *v.* DE WITT W. CLINTON, WILLARD
F. LEONARD AND OTHERS, APPELLANTS.

*Principal and surety — liability of surety where powers of principal are increased.*

APPEAL from a judgment entered on the report of a referee.
The action was on a bond, executed by the defendant De Witt W.
Clinton, as principal, and the other defendants as *sureties.*

On or about April 1, 1871, as the referee finds, a contract was
executed between the plaintiff and DeWitt W. Clinton, whereby the
latter was appointed and employed by the plaintiff, a life insurance
company, as its agent in certain counties of Western New York,
" to procure applications for insurances upon the lives of individ-
uals  *  *  *  and to effect all kinds of insurances authorized by
said company."

This contract, as the referee found, " was shown and read to the
sureties " at the time they executed the bond, and he also found,
there was " no proof that the sureties were informed of any other
or different agreement at any time prior to the execution of the
bond, than the said agreement."

About the same time another agreement, of which the sureties
had no knowledge, was entered into between the plaintiff and
Clinton, by which his powers and responsibilities, and consequently
the liabilities of his sureties, were increased.   The referee held the
sureties liable for the breach of duty of the agent under both con-
tracts.   The General Term *held,* that to hold them liable for the
performance of the latter contract, would be a fraud upon them
(Burge on Suretyship, 224, 225; *Pidcock* v. *Hinton,* 3 B. & C.,
605), and reversed the judgment and ordered a new trial to be had
before another referee, costs to abide the event.

*E. Countryman,* for appellants.  *Tarbox & Sherwin,* for respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed and new trial ordered before another referee,
costs to abide the event.